IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEARTLAND WINDOWS, MFG., an Iowa Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | 4:07cv3129 |
| vs. | ) ) | |
| NORTH COUNTRY WINDOWS, INC, a Nebraska Corporation; LAURIE RUSSELL; MICHAEL RUSSELL, | ) ) ) ) | **ORDER** |
| Defendants. | ) ) ) | |

    Defendants, by and through counsel, filed a motion to continue (Filing No. 24). The motion is granted, and the case is continued to the extent that defendants' counsel's criminal jury trial scheduled to commence on January 23, 2008, does commence as scheduled. If the case, State of Nebraska v. Michael Martin, Case No. CR 06-1143 in Lancaster County District Court were to settle or be continued, then this case will remain as the first back up case scheduled for trial at the University of Nebraska College of Law during the week of January 22-25, 2008.

    **IT IS SO ORDERED.**

    DATED this 17th day of January, 2008.

                                  BY THE COURT:

                                  s/ William Jay Riley
                                  United States Circuit Judge
                                  (Sitting by Designation)