IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEARTLAND WINDOWS MFG., Co., an Iowa Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3129 |
| V. | ) ) | |
| NORTH COUNTRY WINDOWS, Inc., a Nebraska Corporation, LAURIE RUSSELL, and MICHAEL RUSSELL, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1. The plaintiff's unopposed motion to continue the trial of this case, (filing no. 30), is granted.

2. The jury trial of this case is set to commence, at the court's call, during the week of May 5, 2008. Unless otherwise ordered, jury selection shall be at the commencement of trial.

DATED this 3rd day of March, 2008.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge