IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEARTLAND WINDOWS MFG. CO., an Iowa Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3129 |
| v. | ) ) | |
| NORTH COUNTRY WINDOWS, INC., a Nebraska Corporation, LAURIE RUSSELL, and MICHAEL RUSSELL, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion to continue the debtor's examination is granted and the hearing is continued from today to October 23, 2008 at 1:30 p.m. in Courtroom 3, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Defendants Laurie Russell and Michael Russell shall appear at the hearing and produce the documents set forth in the order of September 9, 2008 (filing 43).

DATED this 30th day of September, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge