IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEARTLAND WINDOWS MFG. CO., an Iowa Corporation, | ) ) ) | Case No. 4:07-cv-3129 |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| NORTH COUNTRY WINDOWS, INC., a Nebraska Corporation, LAURIE RUSSELL, and MICHAEL RUSSELL, | ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's unopposed Motion for Continuation of Debtor's Examination (filing 47) is granted and the hearing is continued from October 23, 2008, at 1:30 p.m. until further notice from the parties.

DATED this 22nd day of October, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge