IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEARTLAND WINDOWS MFG., Co., an Iowa corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3129 |
| V. | ) ) | |
| NORTH COUNTRY WINDOWS, Inc., a Nebraska corporation, LAURIE RUSSELL, and MICHAEL RUSSELL, | ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

Upon the suggestion of bankruptcy (filing 49) filed by defendants Laurie Russell and Michael Russell:

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

December 4, 2008.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge